

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/04/2020 01:30 PM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | | FILING DATE: |
|---|---|---|---|
| **6:10-bk-10520-KSJ** | **7** | | **06/16/2010** |

**Chapter 7**

**DEBTOR:**      Jorge Macias Coto

Ruth Gimenez Ortiz

**DEBTOR ATTY:**  **Astrid Vellon**

**TRUSTEE:**      **Gene Chambers**

**HEARING:**

NCS Loan et al Joint Motion to Stay Order Granting Debtors Motion for Contempt and Imposing Sanctions and Final Judgment
(Doc #30) Amended with NN (Doc #32)
Debtor's Opposition to Creditor's Motion to Stay Order (Doc #31) Response to Amended (Doc #33)
Note:
Debtor Discharged 10/6/2010
Order Granting Debtor's Motion for Contempt (Doc #26) filed 1/9/20
Final Judgment (Doc #27)
.

**APPEARANCES::** Elayne Perez Conrique (Debtor Atty); Michael Schuette (NCS Loans Atty); Dayle an Hoose (NCS Loans Atty);

**RULING:**
1)   NCS Loan et al Joint Motion to Stay Order Granting Debtors Motion for Contempt and Imposing Sanctions and Final Judgment   (Doc #30)   -   cont. to 6/17/20 at 1:30 pm. (AOCNFNG); Under Advisement;

2)   NCS Loans' Joint Motion to Vacate Order Granting Debtors Motion for Contempt and Imposing Sanctions and Final Judgment (Doc #32) - cont. to 6/17/20 at 1:30 pm. (AOCNFNG); Under Advisement. (bt/GWW).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.